**MORELLI RATNER**
ATTORNEYS AT LAW

950 THIRD AVENUE
NEW YORK NY 10022
212.751.9800 OF.
212.751.0046 FX.
877.751.9800 TF.
www.morellilaw.com

ARTHUR L. SALMON
MARTHA M. MCBRAYER

BENEDICT P. MORELLI
DAVID S. RATNER

STEVEN C. NOVEMBER
LAURIE A. DIPRETA
JENNIE L. SHATYNSKI
AMANDA C. SCUDER
MICHELE STONE
RORY I. LANCMAN
THOMAS P. O'MALLEY
STEVEN M. GERSHOWITZ
G. RUSSELL RAGLAND

OF COUNSEL
TAI & SOBILOFF PC
DAVID L. SOBILOFF
ALLAN Y. TAI

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/21/05

December 20, 2005

DEC 20 2005

**BY FAX (212-805-7912) AND ECF**

The Honorable John G. Koeltl
United States District Court
500 Pearl Street
New York, New York 10007

Re: <u>Abuelhija v. Chappelle, et al</u>, No. 05-CV-10393 (S.D.N.Y.)

Dear Judge Koeltl:

Please be advised that the above referenced case has been resolved and a stipulation of dismissal will be forthcoming. Accordingly, plaintiff's motion for a preliminary injunction is withdrawn and tomorrow's hearing on the matter is unnecessary. Thank you.

Respectfully submitted,

Rory Lancman

cc:  David Smith (By email: dsmith@schnader.com)
Schnader, Harrison, Segal & Lewis LLP
*Attorneys for Defendants Chappelle and Pilot Boy Productions*
1600 Market Street
Philadelphia, Pennsylvania 19103

Dan Stutz (By email: dstutz@yarifilmgroup.com)
Bob Yari Productions
Block Party Productions LLC
10850 Wilshire Boulevard
Los Angeles, California 90024

*The motion for a preliminary injunction is withdrawn. So ordered.*

*J. Koeltl*
*12/20/05   U.S.D.J.*