```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/30/2005
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X

MUSTAFA ABUELHIJA,

                Plaintiff(s)                05 civ 10393 (JGK)

      -against-                            ORDER OF DISCONTINUANCE

DAVE CHAPPELLE,

                Defendant(s).
------------------------------------------------------X

It having been reported to this Court that the parties have settled this action,

It is, on this **30TH** day of **December**, 2005, hereby ordered that this matter be discontinued with prejudice but without costs; provided, however, that within **30** days of the date of this order, counsel for the plaintiff may apply by letter for restoration of the action to the calendar of the undersigned, in which event the action will be restored.

SO ORDERED.

                                                    _____
                                                    BARBARA S. JONES
                                                  UNITED STATES DISTRICT JUDGE

Dated: New York, New York                          Pt I
        December 30, 2005