

| | | | |
|---|---|---|---|
| 950 THIRD AVENUE<br>NEW YORK NY 10022<br>212.751.9800 OF.<br>212.751.0046 FX.<br>877.751.9800 TF.<br>WWW.MORELLILAW.COM | BENEDICT P. MORELLI<br>DAVID S. RATNER<br>———<br>ARTHUR L. SALMON<br>MARTHA M. MCBRAYER | STEVEN C. NOVEMBER<br>LAURIE A. DIPRETA<br>JENNIE L. SHATYNSKI<br>AMANDA C. SCUDER<br>RORY I. LANCMAN<br>THOMAS P. O'MALLEY<br>STEVEN M. GERSHOWITZ<br>G. RUSSELL RAGLAND | OF COUNSEL<br>TAI & SOBILOFF PC<br>DAVID L. SOBILOFF<br>ALLAN Y. TAI |

January 27, 2006

**BY ECF**

The Honorable Barbara S. Jones
United States District Court
500 Pearl Street
New York, New York 10007

                Re: <u>Abuelhija v. Chappelle, et al</u>, No. 05-CV-10393 (S.D.N.Y.)

Dear Judge Jones:

     I am writing in accordance with this Court's *Order Of Discontinuance* of December 30, 2005 in the above reference case (annexed hereto as Exhibit A), to request that this matter <u>not</u> be dismissed pending the execution of mutual releases and other documents necessary to finalize the parties' resolution of this matter.

                                    Respectfully submitted,

                                      Rory Lancman

cc:    David Smith (By email: dsmith@schnader.com)
       Schnader, Harrison, Segal & Lewis LLP
       *Attorneys for Defendants Chappelle and Pilot Boy Productions*
       1600 Market Street
       Philadelphia, Pennsylvania 19103

       Dan Stutz (By email: dstutz@yarifilmgroup.com)
       Bob Yari Productions
       Block Party Productions LLC
       10850 Wilshire Boulevard
       Los Angeles, California 90024

**Ex. A**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  12/30/2005
```

-------------------------------------------------------X

MUSTAFA ABUELHIJA,

                Plaintiff(s)

                05 civ 10393 (JGK)

       -against-

                ORDER OF DISCONTINUANCE

DAVE CHAPPELLE,

                Defendant(s).

-------------------------------------------------------X

It having been reported to this Court that the parties have settled this action,

It is, on this 30TH day of **December**, 2005, hereby ordered that this matter be discontinued with prejudice but without costs; provided, however, that within 30 days of the date of this order, counsel for the plaintiff may apply by letter for restoration of the action to the calendar of the undersigned, in which event the action will be restored.

SO ORDERED.

                                                  BARBARA S. JONES
                                                  UNITED STATES DISTRICT JUDGE

Dated: New York, New York
       December 30, 2005

                                                           Pt. I