UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MUSTAFA ABUELHIJA,

                 Plaintiff,        05 Civ. 10393 (JGK)

   - against -                  ORDER

DAVID CHAPPELLE, PILOT BOY
PRODUCTIONS, INC., and FOCUS FEATURES
LLC (as purchaser of the film <u>Dave
Chappelle's Block Party</u>),

                 Defendants.

---

JOHN G. KOELTL, District Judge:

By consent of the parties, the complaint is **dismissed without prejudice** as against the defendant Focus Features LLC.

The papers in support of the plaintiff's motion for a preliminary injunction have been served on the defendants. Any defense papers in opposition to the motion are due by **December 20, 2005,** at **12:00 p.m.** A hearing on the motion will be held in Courtroom 12B of the United States Courthouse, 500 Pearl Street, New York, New York, at **9:00 a.m.** on **December 21, 2005.** Expedited discovery is authorized in connection with the motion, to be completed by **December 20, 2005.**

SO ORDERED.

Dated: New York, New York
       December 15, 2005

                                      John G. Koeltl
                                United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/14/08